CM/ECF ntcflpoc
(Rev. 01/05/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  James L. Hankins, Jr. | ) | Case No.: 26–12302–JDW |
| Debtor(s) | ) | Chapter: 7 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Non–governmental creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before 11/3/26. A claim of a governmental unit shall be filed on or before 2/1/27.

A proof of claim form is available on the Bankruptcy Forms page of the court's website at **www.msnb.uscourts.gov**. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a copy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

Dated: 8/3/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: VSD
Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                          Case No. 26-12302-JDW

James L. Hankins, Jr.                                                           Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1                      User: autodocke                          Page 1 of 2

Date Rcvd: Aug 03, 2026                   Form ID: ntcflpoc                        Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L. Hankins, Jr., 3122 Hwy 305 N, Olive Branch, MS 38654-8839 |
| 4695358 | + | Sherri Hankins, 3122 Highway 305 North, Olive Branch, MS 38654-8839 |
| 4695360 | | Vox Funding, LLC, attn: Ainsworth Gorkin PLLC, P.O. Box 605, New York, NY 10038 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4695352 | | EDI: BANKAMER | Aug 04 2026 05:00:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 4695353 | | EDI: CAPITALONE.COM | Aug 04 2026 05:00:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4695354 | | EDI: JPMORGANCHASE | Aug 04 2026 05:00:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 4697259 | + | EDI: AISACG.COM | Aug 04 2026 05:00:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4695355 | | Email/Text: EBNBKNOT@ford.com | Aug 04 2026 00:59:00 | Lincoln Automotive Finance, Attn: Bankruptcy, PO Box 542000, Omaha, NE 68154-8000 |
| 4695356 | | Email/Text: bankruptcy@ondeck.com | Aug 04 2026 00:59:00 | Ondeck Cap, Attn: Bankruptcy, 1400 Broadway, New York, NY 10018-5300 |
| 4695357 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2026 00:58:00 | Rocket Mortgage, PO Box 650783, Dallas 75265, TX 75265-0783 |
| 4695361 | + | EDI: WFDFV | Aug 04 2026 05:00:00 | Wells Fargo, attn: Vendor Financial Services, 801 Walnut Street, Des Moines, IA 50309-3606 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4695359 | | Southern Ceiling Specialists, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0537-1                         User: autodocke                                    Page 2 of 2

Date Rcvd: Aug 03, 2026                      Form ID: ntcflpoc                             Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin F. O'Brien | on behalf of Debtor James L. Hankins  Jr. bankruptcy@obrienfirm.com, f.kr73597@notify.bestcase.com |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins  Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com  MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4