**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **James L. Hankins, Jr.** | ) | **Case No.:** | **26-12302-JDW** |
| | ) | | |
| | ) | | |
| **Debtor** | ) | **Chapter:** | **7** |
| | ) | | |

## ORDER STRIKING AMENDED SCHEDULE E/F (DKT. #14)

This matter is before the Court *sua sponte.* Debtor filed a Amended Schedule E/F on August 17, 2026 (Dkt. #14). On August 17, 2026 the Clerk of this Court issued a Request for Corrective Action or Notice of Deficient Filing, directing the filer to file certain documents or information and/or correct certain deficiencies, failing which the Amended Schedule E/F would be struck. The required action has not been taken. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Amended Schedule E/F (Dkt #14) is hereby **STRUCK**.

#END OF ORDER#