**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | | |
|---|---|---|---|
| **James L. Hankins, Jr.** | ) | **Case No.:** | **26-12302-JDW** |
| | ) | | |
| | ) | | |
| **Debtor** | ) | **Chapter:** | **7** |
| | ) | | |

**ORDER STRIKING AMENDED SCHEDULE E/F (DKT. #14)**

This matter is before the Court *sua sponte.* Debtor filed a Amended Schedule E/F on August 17, 2026 (Dkt. #14). On August 17, 2026 the Clerk of this Court issued a Request for Corrective Action or Notice of Deficient Filing, directing the filer to file certain documents or information and/or correct certain deficiencies, failing which the Amended Schedule E/F would be struck. The required action has not been taken. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Amended Schedule E/F (Dkt #14) is hereby **STRUCK**.

#END OF ORDER#

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 26-12302-JDW

James L. Hankins, Jr. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 1

Date Rcvd: Aug 21, 2026 Form ID: pdf0003 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | James L. Hankins, Jr., 3122 Hwy 305 N, Olive Branch, MS 38654-8839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Kevin F. O'Brien | on behalf of Debtor James L. Hankins Jr. bankruptcy@obrienfirm.com, f.kr73597@notify.bestcase.com;obrien-law-firm-llc@pacer.glade.ai |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4