**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

---

## APPLICATION TO EMPLOY AUCTIONEER

---

Thomas C. Rollins, Jr., Chapter 7 Trustee (the "Trustee"), applies under 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014 to employ Benny Taylor and Taylor Auction & Realty, Inc. (collectively, "Taylor") as auctioneer. In support, the Trustee states:

1. The bankruptcy estate has an interest in a 2018 Thor motorhome, VIN 1F66F5DY7H0A16345 (the "Motorhome"). The Trustee requires an auctioneer to evaluate, market, and auction the Motorhome.

2. The Trustee selected Taylor based on his experience marketing and auctioning vehicles and other personal property. Taylor is located in Grenada, Mississippi, with a mailing address of P.O. Box 357, Grenada, Mississippi 38902.

3. Taylor will inspect and evaluate the Motorhome, arrange transportation and storage as needed, market the Motorhome, conduct the auction, and provide the related accounting and sale report.

4. Taylor's proposed commission, any buyer's premium, and reimbursable expenses will be presented in the motion to sell and remain subject to Court approval.

5. To the best of the Trustee's knowledge, Taylor is a disinterested person within the meaning of 11 U.S.C. § 101(14) and does not hold or represent an interest adverse to the Estate. Taylor's verified statement of qualifications and connections is attached as Exhibit A.

WHEREFORE, the Trustee requests approval of the employment of Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer for the Motorhome.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, I served the foregoing Application and supporting Affidavit through CM/ECF on registered recipients in this case, including counsel for the Debtor and the Office of the United States Trustee, and by first-class United States mail, postage prepaid, on:

James L. Hankins, Jr.
3122 Highway 305 North
Olive Branch, Mississippi 38654

Benny Taylor
Taylor Auction & Realty, Inc.
P.O. Box 357
Grenada, Mississippi 38902

Certified by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee