EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

## AFFIDAVIT OF BENNY TAYLOR

STATE OF MISSISSIPPI
COUNTY OF Grenada

Before me, the undersigned authority, personally appeared Benny Taylor, who, being duly sworn, states:

1. My name is Benny Taylor. I am affiliated with Taylor Auction & Realty, Inc. ("Taylor") and have personal knowledge of the matters stated herein.

2. Taylor and I are experienced in vehicle auctions and qualified to perform the services described in the Application.

3. Neither Taylor nor I hold or represent an interest adverse to the Estate, and we are disinterested persons within the meaning of 11 U.S.C. § 101(14).

4. Our connections with the Debtor, the Trustee, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in that office are as follows:

________________________________________

________________________________________

5. Neither I nor any person who will conduct the auction for Taylor is an officer or employee of the United States judiciary or the United States Department of Justice.

6. I will promptly supplement this disclosure if additional connections become known.

Benny Taylor
BENNY TAYLOR

Sworn to and subscribed before me, this the 15th day of October, 2026.

Stephanie L. Whitehurst
NOTARY PUBLIC
My commission expires: Aug. 27, 2029

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528