**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,** **CASE NO. 26-12302-JDW**
**Debtor** **CHAPTER 7**

---

# MOTION TO APPROVE SETTLEMENT AND CONDITIONAL TRANSFER AND ABANDONMENT OF PROPERTY

---

Thomas C. Rollins, Jr., Chapter 7 Trustee (the "Trustee"), moves under 11 U.S.C. §§ 363(b) and 554 and Federal Rules of Bankruptcy Procedure 6007 and 9019 for approval of the settlement with James L. Hankins, Jr. (the "Debtor") and Sherri L. Hankins (the "Spouse"). In support, the Trustee states:

1. The Debtor filed this Chapter 7 case on June 29, 2026. The Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (N), and (O).

2. The Trustee, Debtor, and Spouse executed the Settlement Agreement and Conditional Transfer and Abandonment of Property on September 17, 2026 (the "Agreement"). A copy is attached as Exhibit A.

3. The Agreement concerns the 2018 Thor motorhome, VIN 1F66F5DY7H0A16345 (the "Motorhome"), scheduled as a Hurricane 34 P and titled as model C34. The Motorhome is scheduled at $40,000, with the Debtor's one-half interest valued at $20,000. The Mississippi title identifies the Debtor and Spouse as owners and contains Banterra Bank's signed lien satisfaction dated March 27, 2025. A copy is attached as Exhibit B.

4. The Estate will relinquish its interests in the following property (the "Retained Assets"):

   (a) 2007 Chevrolet 2500 HD Work Truck, VIN 1GCHK23697F524909, scheduled at $2,250;

(b) 2018 Chevrolet 3500 Crew Cab LT work truck, VIN 1GB4KZCY3JF208605, scheduled at $17,675, with a $7,750 claimed exemption; and

(c) 2005 Load Max enclosed trailer, VIN 5L8GF262451001677, scheduled at $1,000.

5. In exchange, the Spouse assigns her entire interest in the Motorhome and its proceeds to the Estate, and the Debtor agrees to administration of his entire Motorhome interest without an exemption deduction, as provided in the Agreement.

6. Within 10 days after the approval order becomes enforceable, the Debtor and Spouse must make the Motorhome available for pickup and deliver the keys, original title or sufficient electronic-title transfer documents, and required transfer documents. Completion is subject to the identification, ownership, delivery, lien-treatment, and continuing-benefit conditions in the Agreement.

7. Under paragraph 9 of the Agreement, the Trustee will file and serve a Notice of Completion after the conditions are satisfied. At that time, the Spouse's assignment and the Estate's relinquishment of the Retained Assets become effective. The Retained Assets are not abandoned upon entry of the approval order.

8. The Retained Assets have a combined scheduled nonexempt value of $13,175. Together with the Estate's $20,000 Motorhome interest, the existing interests total $33,175. The exchange provides the entire Motorhome, scheduled at $40,000, an increase of $6,825 before sale costs, liens, taxes, and differences in actual value. The Agreement requires the Trustee to confirm the Estate's net benefit before completion.

9. The exchange also avoids the expense and delay of seeking to sell a nondebtor co-owner's interest under § 363(h) and reduces the number of assets requiring separate

transportation, storage, and sale. These benefits support approval as fair, reasonable, and in the best interests of the Estate and its creditors. See In re Cajun Electric Power Cooperative, Inc., 119 F.3d 349, 355-56 (5th Cir. 1997).

10. The Agreement preserves third-party lien rights and the Trustee's rights concerning those liens. Notice of the proposed settlement and conditional disposition will be given under Rules 2002, 6007, and 9019.

WHEREFORE, the Trustee requests approval of the Agreement and authority to complete the exchange under § 363(b), with conditional abandonment under § 554 as provided in the Agreement.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee