**EXHIBIT B - CERTIFICATE OF TITLE (FRONT)**

# CERTIFICATE OF TITLE

Form # 79-001

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1F66F5DY7H0A16345 | THOR | 2018 | C34 | MH | MS0308922880 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 10/05/2020 | | 10 | USED | RV | 11156 ACTUAL |

OWNER(S)

HANKINS, JAMES L JR AND SHERRI L
3122 HIGHWAY 305 N
OLIVE BRANCH MS 38654-8839

BRANDS

1ST LIENHOLDER

DATE: 09/21/2020

BANTERRA BANK ISAOA
PO BOX 310
MARION IL 62959-0310

2ND LIENHOLDER

DATE:

MAIL TO

M37-2

BANTERRA BANK ISAOA
PO BOX 310
MARION IL 62959-0310

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN BANTERRA BANK (LIENHOLDER) BY [signature] Loan Specialist (SIGNATURE AND TITLE)

THIS 27 DAY OF Mar. 20 25

2ND LIEN ____ (LIENHOLDER) BY ____ (SIGNATURE AND TITLE)

THIS ____ DAY OF ____ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 5TH DAY OF OCTOBER 20 20

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

O

MISSISSIPPI DEPARTMENT OF REVENUE

[signature]

VOID IF ALTERED