UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
JAMES L. HANKINS

CASE NO: 26-12302

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 10/16/2026, I did cause a copy of the following documents, described below,

Hearing Notice

Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JAMES L. HANKINS

CASE NO: 26-12302

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 10/16/2026, a copy of the following documents, described below,

Hearing Notice

Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/16/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

BANK OF AMERICA
ATTN: BANKRUPTCY
PO BOX 15019
WILMINGTON, DE 19886-5019

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850-5299

LINCOLN AUTOMOTIVE FINANCE
ATTN: BANKRUPTCY
PO BOX 542000
OMAHA, NE 68154-8000

ONDECK CAP
ATTN: BANKRUPTCY
1400 BROADWAY
NEW YORK, NY 10018-5300

ROCKET MORTGAGE
PO BOX 650783
DALLAS, TX 75265

SHERRI HANKINS
3122 HIGHWAY 305 NORTH
OLIVE BRANCH, MS 38654

VOX FUNDING, LLC
ATTN: AINSWORTH GORKIN PLLC
P.O. BOX 605
NEW YORK, NY 10038

WELLS FARGO
ATTN: VENDOR FINANCIAL SERVICES
801 WALNUT STREET
DES MOINES, IA 50309

Case 26-12302-JDW Doc 21 Filed 10/15/26 Entered 10/15/26 16:31:54 Desc Bk Hearing Standing Order/Resp Page 1 of 1

CM/ECF hrg11
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: James L. Hankins, Jr.<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−12302−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 11/17/26 at 10:30 AM

Responses Due: 11/10/26

to consider and act upon the following:

***20*** − Application to Employ Benny Taylor and Taylor Auction & Realty, Inc. as Auctioneer Filed by Thomas C. Rollins Jr. on behalf of Thomas Carl Rollins Jr. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 10/15/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LJB
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

---

## APPLICATION TO EMPLOY AUCTIONEER

---

Thomas C. Rollins, Jr., Chapter 7 Trustee (the "Trustee"), applies under 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014 to employ Benny Taylor and Taylor Auction & Realty, Inc. (collectively, "Taylor") as auctioneer. In support, the Trustee states:

1. The bankruptcy estate has an interest in a 2018 Thor motorhome, VIN 1F66F5DY7H0A16345 (the "Motorhome"). The Trustee requires an auctioneer to evaluate, market, and auction the Motorhome.

2. The Trustee selected Taylor based on his experience marketing and auctioning vehicles and other personal property. Taylor is located in Grenada, Mississippi, with a mailing address of P.O. Box 357, Grenada, Mississippi 38902.

3. Taylor will inspect and evaluate the Motorhome, arrange transportation and storage as needed, market the Motorhome, conduct the auction, and provide the related accounting and sale report.

4. Taylor's proposed commission, any buyer's premium, and reimbursable expenses will be presented in the motion to sell and remain subject to Court approval.

5. To the best of the Trustee's knowledge, Taylor is a disinterested person within the meaning of 11 U.S.C. § 101(14) and does not hold or represent an interest adverse to the Estate. Taylor's verified statement of qualifications and connections is attached as Exhibit A.

WHEREFORE, the Trustee requests approval of the employment of Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer for the Motorhome.

Respectfully submitted,
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2026, I served the foregoing Application and supporting Affidavit through CM/ECF on registered recipients in this case, including counsel for the Debtor and the Office of the United States Trustee, and by first-class United States mail, postage prepaid, on:

James L. Hankins, Jr.
3122 Highway 305 North
Olive Branch, Mississippi 38654

Benny Taylor
Taylor Auction & Realty, Inc.
P.O. Box 357
Grenada, Mississippi 38902

Certified by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee

EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

---

**AFFIDAVIT OF BENNY TAYLOR**

---

STATE OF MISSISSIPPI
COUNTY OF Grenada

Before me, the undersigned authority, personally appeared Benny Taylor, who, being duly sworn, states:

1. My name is Benny Taylor. I am affiliated with Taylor Auction & Realty, Inc. ("Taylor") and have personal knowledge of the matters stated herein.

2. Taylor and I are experienced in vehicle auctions and qualified to perform the services described in the Application.

3. Neither Taylor nor I hold or represent an interest adverse to the Estate, and we are disinterested persons within the meaning of 11 U.S.C. § 101(14).

4. Our connections with the Debtor, the Trustee, creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in that office are as follows:

____________________________________________________________________
____________________________________________________________________

5. Neither I nor any person who will conduct the auction for Taylor is an officer or employee of the United States judiciary or the United States Department of Justice.

6. I will promptly supplement this disclosure if additional connections become known.

Benny Taylor
BENNY TAYLOR

Sworn to and subscribed before me, this the 15th day of October, 2026.

Stephanie L. Whitehurst
NOTARY PUBLIC
My commission expires: Aug. 27, 2029

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528