Certificate Number: 16339-MSN-DE-041259637

Bankruptcy Case Number: 26-12302

16339-MSN-DE-041259637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2026, at 7:05 o'clock PM EDT, James Hankins Jr. completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: July 28, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor