**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

## ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER

The Court has considered the Trustee's Application to Employ Auctioneer (Dkt. 20) and the supporting affidavit. The Court finds that the employment is necessary and that Taylor qualifies for employment under 11 U.S.C. § 327(a).

IT IS ORDERED that the Application is APPROVED. The Trustee is authorized to employ Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer for the 2018 Thor motorhome, VIN 1F66F5DY7H0A16345, effective upon entry of this Order.

Taylor's compensation and reimbursement of expenses are reserved for further order.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee