**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,** **CASE NO. 26-12302-JDW**
**Debtor** **CHAPTER 7**

**ORDER APPROVING SETTLEMENT AND**
**CONDITIONAL TRANSFER AND ABANDONMENT OF PROPERTY**

The Court has considered the Trustee's Motion to Approve Settlement and Conditional Transfer and Abandonment of Property (Dkt. 23), the Agreement, and the record. After notice and an opportunity for hearing, ***and no timely response being filed,*** the Court finds the (JDW) ~~settlement fair, reasonable, and in the best interests of the Estate and its creditors~~ ***motion is due*** (JDW) ***to be granted***. It is ORDERED:

1. The Motion is ~~APPROVED~~ ***GRANTED***. The September 17, 2026 Agreement (JDW) attached to the Motion as Exhibit A is approved under 11 U.S.C. § 363(b) and Rule 9019 and incorporated into this Order. The conditional abandonment of the Retained Assets is approved under § 554 as provided in the Agreement.

2. The Debtor and Sherri L. Hankins shall perform their delivery and transfer obligations under paragraph 5 of the Agreement within 10 days after this Order becomes enforceable.

3. After the Agreement's conditions are satisfied, the Trustee shall file and serve the Notice of Completion required by paragraph 9. Only then shall the Spouse's entire Motorhome interest and proceeds transfer to the Estate and the Estate's interests in the 2007 Chevrolet 2500 HD Work Truck, 2018 Chevrolet 3500 Crew Cab LT work truck, and 2005 Load Max enclosed trailer be relinquished to the Debtor.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee