**SO ORDERED,**

Judge Jason D. Woodard
United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: JAMES L. HANKINS, JR.,**
**Debtor**

**CASE NO. 26-12302-JDW**
**CHAPTER 7**

## ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER

The Court has considered the Trustee's Application to Employ Auctioneer (Dkt. 20 ) and the supporting affidavit. The Court finds that the employment is necessary and that Taylor qualifies for employment under 11 U.S.C. § 327(a).

IT IS ORDERED that the Application is APPROVED. The Trustee is authorized to employ Benny Taylor and Taylor Auction & Realty, Inc. as auctioneer for the 2018 Thor motorhome, VIN 1F66F5DY7H0A16345, effective upon entry of this Order.

Taylor's compensation and reimbursement of expenses are reserved for further order.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee

United States Bankruptcy Court

Northern District of Mississippi

In re:
James L. Hankins, Jr.
Debtor

Case No. 26-12302-JDW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 12, 2026 Form ID: pdf0003 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James L. Hankins, Jr., 3122 Hwy 305 N, Olive Branch, MS 38654-8839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| auc | Email/Text: benny@taylorauction.com | Nov 13 2026 00:05:00 | Benny Taylor, Taylor Auction & Realty, Inc, P.O. Box 357, Grenada, MS 38902-0357 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kevin F. O'Brien | on behalf of Debtor James L. Hankins Jr. bankruptcy@obrienfirm.com, f.kr73597@notify.bestcase.com;OBrienLawFirmLLC@jubileebk.net |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas Carl Rollins, Jr | |

trustee@therollinsfirm.com MS20@ecfcbis.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 4