**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: JAMES L. HANKINS, JR.,** | **CASE NO. 26-12302-JDW** |
| **Debtor** | **CHAPTER 7** |

## ORDER APPROVING SETTLEMENT AND CONDITIONAL TRANSFER AND ABANDONMENT OF PROPERTY

The Court has considered the Trustee's Motion to Approve Settlement and Conditional Transfer and Abandonment of Property (Dkt. 23), the Agreement, and the record. After notice and an opportunity for hearing, ***and no timely response being filed,*** the Court finds the ~~settlement fair, reasonable, and in the best interests of the Estate and its creditors~~ ***motion is due to be granted***. It is ORDERED: (JDW) (JDW)

1. The Motion is ~~APPROVED~~ ***GRANTED***. The September 17, 2026 Agreement attached to the Motion as Exhibit A is approved under 11 U.S.C. § 363(b) and Rule 9019 and incorporated into this Order. The conditional abandonment of the Retained Assets is approved under § 554 as provided in the Agreement. (JDW)

2. The Debtor and Sherri L. Hankins shall perform their delivery and transfer obligations under paragraph 5 of the Agreement within 10 days after this Order becomes enforceable.

3. After the Agreement's conditions are satisfied, the Trustee shall file and serve the Notice of Completion required by paragraph 9. Only then shall the Spouse's entire Motorhome interest and proceeds transfer to the Estate and the Estate's interests in the 2007 Chevrolet 2500 HD Work Truck, 2018 Chevrolet 3500 Crew Cab LT work truck, and 2005 Load Max enclosed trailer be relinquished to the Debtor.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trustee@therollinsfirm.com
Chapter 7 Trustee

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-12302-JDW
James L. Hankins, Jr. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 13, 2026 Form ID: pdf0003 Total Noticed: 4

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | James L. Hankins, Jr., 3122 Hwy 305 N, Olive Branch, MS 38654-8839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| auc | | Email/Text: benny@taylorauction.com | Nov 13 2026 23:03:00 | Benny Taylor, Taylor Auction & Realty, Inc, P.O. Box 357, Grenada, MS 38902-0357 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2026 23:00:58 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2026 23:01:49 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Kevin F. O'Brien | on behalf of Debtor James L. Hankins Jr. bankruptcy@obrienfirm.com, |

| | |
|---|---|
| | f.kr73597@notify.bestcase.com;OBrienLawFirmLLC@jubileebk.net |
| Thomas C. Rollins, Jr. | on behalf of Trustee Thomas Carl Rollins Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Thomas Carl Rollins, Jr | trustee@therollinsfirm.com MS20@ecfcbis.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4